# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RICHARD R. WAKELEY, JR.,

          Plaintiff,

          v.

BANK OF AMERICA,

          Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5064-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action be DISMISSED WITHOUT PREJUDICE for failure to obey an Order of this Court to comply with the statutory filing fee requirements.

April 18, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia